1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11   WILLIAM MOLONY MENTZER,          Case No. CV 14-7803 DMG (SS)

12                Plaintiff,

13       v.                                      **JUDGMENT**

14   T. BELAVICH, et al.,

15                Defendants.

16

17

18       Pursuant  to  the  Court's  Order  Accepting  Findings,

19   Conclusions  and  Recommendations  of  United  States  Magistrate

     Judge,

20

21

22       IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

23   dismissed with prejudice.

24

25   DATED:   September 17, 2015

26                                    _____
                                              DOLLY M. GEE
27                                     UNITED STATES DISTRICT JUDGE

28